144 So. 918

## BIRMINGHAM ELECTRIC CO. v. Wand; TURNER.
### 6 Div. 370.

Court of Appeals of Alabama.
Dec. 5, 1932.

604

Lange, Simpson & Brantley, of Birmingham, for appellant.

B. F. Smith, of Birmingham, for appellee.

RICE, J.
Appeal dismissed by consent of parties.